

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00284-CV

**KNIGHT OIL TOOLS, INC.,**

**Appellant**

**v.**

**RIPPY OIL COMPANY, RIPPY INTEREST LLC, THE GENECOV GROUP, INC., AND JOHN D. PROCTOR,**

**Appellees**

**From the 278th District Court
Leon County, Texas
Trial Court No. O-10-498**

## ABATEMENT ORDER

On April 11, 2019, the parties filed an Agreed Motion to Correct Reporter's Record. The parties request this Court to correct the reporter's record to include deposition excerpts which were played to the jury, but were not completely transcribed by the court reporter. The motion indicates that the testimony of certain witnesses was presented to the jury by video deposition excerpts. Each party prepared a printed report from the

deposition transcript consisting of the testimony that had been presented and those reports were provided to the court reporter. Those reports were not included as exhibits or made a part of the appellate record. The parties provided the transcripts to this Court and ask this Court to make the transcripts a part of the appellate record.

Rule 34.6 (e) of the Texas Rules of Appellate Procedure provides for the correction of inaccuracies in the reporter's record. If the dispute arises after the reporter's record has been filed in the appellate court, that court may submit the dispute to the trial court for resolution. TEX. R. APP. P. 34.6 (e) (3). We conclude that this appeal should be abated and that the trial court should hold a hearing to address this issue and, if so determined, receive the transcripts as an exhibit to be filed in a supplemental reporter's record.

The hearing shall be held within 21 days from the date of this order, and a supplemental reporter's record, if any, shall be filed no later than 14 days after the date of the hearing.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Order issued and filed April 24, 2019

